**FORM FOR USE IN APPLICATIONS**

**FOR HABEAS CORPUS UNDER 28 U.S.C. § 2254**

_Larry Carl Dixon_

Name

_138238_

Prison Number

_Bibb County Corr. Facility 565 Bibb Lane_
_Brent, Alabama 35034_

Place of Confinement

United States District Court _Middle_ District of _Alabama_

Case No. _2:07 CV 518 - MHT_

(To be supplied by Clerk of U. S. District Court)

_Larry Carl Dixon_ , PETITIONER

(Full Name)  (Include name under which you were convicted)

_Warden Cheryl Price et.al,_ , RESPONDENT

(Name of Warden, Superintendent, Jailor, or authorized person
having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF _Alabama_

_Troy King_ , ADDITIONAL RESPONDENT.

(if petitioner is attacking a judgement which imposed a sentence to be
served in the _future_, petitioner must fill in the name of the state where the
judgment was entered.  If petitioner has a sentence to be served in the _future_
under a federal judgment which he wishes to attack, he should file a motion
under 28 U.S.C. §2255, in the federal court which entered the judgment.)

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN
STATE CUSTODY

INSTRUCTIONS--READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the
petitioner under penalty of perjury.  Any false statement of a material fact
may serve as the basis for prosecution and conviction for perjury. All
questions must be answered concisely in the proper space on the form.

N955

The Judicial Conference of the United States has adopted, effective 1/1/ 83, the 8½ x 11 inch paper size standard for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings, etc. filed after 12/31/82 must be on 8½ x 11 inch paper, otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition if fully completed, <u>the original and two copies * must be mailed to the Clerk of the United States District Court whose address is:</u>

P.O. Box 711
Montgomery, Alabama 36101

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

**\*If you are proceeding <u>in forma pauperis</u>, only the original petition needs to be filed with the Court.**

PETITION

1. Name and location of court which entered the judgment of conviction under attack *United States District Court 113 Saint Joseph st. Mobile, Ala. 36602*

2. Date of judgment of conviction *(1993) CC 093-2352*

3. Length of sentence *20 yr.* Sentencing Judge *Green Substituting Zocobee*

4. Nature of offense or offenses for which you were convicted: _Non Violent_
   _2nd degree Theft OF Property_
   _Code OF ALa 1975    13A-8-14_

5. What was your plea?   (check one)
   (a) Not guilty  (  )
   (b) Guilty      (✓)
   (c) Nolo contendere  (  )
   If you entered a guilty plea to one count or indictment, and a not guilty
   plea to another count or indictment, give details: _Plea agreement Failed_
   _Constitutional norms information Concerning the range OF_
   _Punishment Prescribed by the act to which Petitioner_
   _Was sentenced 2nd Consequences OF Conviction was not explained_

6. Kind of trial:    (Check one)
   (a) Jury  (  )
   (b) Judge only  (✓)

7. Did you testify at the trial?  Yes (  )    No (✓)

8. Did you appeal from the judgment of conviction?    Yes (✓)    No (  )

9. If you did appeal, answer the following:
   (a) Name of court _United States district Court 113 saint Joseph st Mobile Ala_
   (b) Result _Denied Circuit Judge James C. Wood Citing Rule 32.(b)_
   (c) Date of result _Feb. ~~2008~~ 2007_
   If you filed a second appeal or filed a petition for certeorari in the Supreme
   Court, give details: _____
   _____ NA _____

10. Other than a direct appeal from the judgment of conviction and sentence,
    have you previously filed any petitions, applications, or motions with respect
    to this judgment in any court, state or federal?    Yes (✓)    No (  )

11. If your answer to 10 was "yes", give the following information:
    (a) (1) Name of court _United States District Court 113 saint Joseph st. Mobile Ala 36602_
        (2) Nature of proceeding _Rule 32 Petition_
        (3) Grounds raised _Made an Pro-se Motion to withdraw_
            _Guilty Plea Citing doctrine OF Boykins Procedural_
            _Requirements incorporated into the Alabama rules_
            _OF Criminal Procedure at Rule 14.4_

        (4) Did you receive an evidentiary hearing on your petition, application
            or motion?  Yes (  )    No (✓)
        (5) Result _Denied Circuit Judge James C. Woods Citing Rule 32.(b)_
        (6) Date of result _Feb 2007_

(b) As to any second petition, application or motion give the same information:

(1) Name of court United States District Court P.O. Box 711 Mont, Ala 36101

(2) Nature of proceeding CIVIL ACTION  DIXON V. Central Record DIV.

(3) Grounds raised That Sentence amounted to infringment OF 14th Amendment Procedural Due Process, due Process Liberty and Property Violation due To Condition OF Confinement Classification schemes democrads Federally mandated Programs manipulated to Ala. Dept. OF Corr own Political interest For Example Transfering inmate across state Line's to Miss. + LA.

(4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( )  No. (✓)

(5) Result Denied by United states Magistrate

(6) Date of result ( 1995 - 2004 )

(c) As to any third petition, application or motion, give the same information:

(1) Name of Court United States District Court P.O. Box 711 Mont, AL 36101

(2) Nature of proceeding Civil Action DIXON V. Ala. Dept. OF Corr.

(3) Grounds raised That Federally Funded Programs Sepp Community Corr., Transitional Classes, For re-Entry Into society are dollars matched through an Perverted Racketeering scheme A Fleece OF Citizens and Inmates OF Alabama Prison System by way OF the 59 million anually at inmate Commisary said Counted As an donation to dept. OF Corr.

(4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( )  No (✓)

(5) Result Denied by United states Magistrate

(6) Date of result ( 1995 - 2006 )

(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:

(1) First petition, etc.          Yes ( )   No (✓)

(2) Second petition, etc.       Yes (✓)   No ( )

(3) Third petition, etc.         Yes ( )   No (✓)

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: in my years OF "Jail house Petitions) Iv seen Jeff Session Leave For Capitel Hill And attorney General Bill Pryor set in Place For Political Gain until an Vote was articulated then Troy King I struggle with Law seeking relief in Prison writ Conditions OF Confinement Leads Contaminations OF disease these Political Pawns are Stronger Instruments Keeper OF the Gate Politically selected Within the structure OF Alabama Judicial system 11th Circuit Court OF Appeal result; Denied by United States magistrate Judges Like James C Woods Don't Apply Law to Pro-se Complaints

12. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the <u>facts</u> supporting each ground.

CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, <u>you should raise in this petition all available grounds</u> (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: Conviction Obtained by Plea OF Guilty Which was unlawfully induced or not made Voluntarily with understanding

Supporting FACTS (tell your story briefly without citing cases or law): In 1993 I was not allowed an Collary explaining Exactly What I was charged with stealing the Range OF Value to determine the degree OF theft Pardons and Parole records, state $10.00 was Taken From a purse a misdemeanor statue Mobile district Court Lacked Jurisdiction to except An guilty Plea No Collary exist exhibiting an appreciation As to the Nature, and Cause, OF the Charge an Pro-se Motion to withdraw guilty Plea under rule 32 Petition with doctrines OF Boykins, Procedural requirements, Incorporated into the Alabama rules OF Criminal Procedure at rule 14.4

                    SEE Attachment Ground ONE

B. Ground two: Unconstitutionally Prosecution Fail to disclose To Petitioner evidence Favorable to Petitioner

Supporting FACTS (tell your story briefly without citing cases or law): Letter to Chief Justice Drayton Nahors Alabama Sentencing Commission, District Attorney John Tyson OF Mobile, ala also Attorney General Troy King that Prosecutural infringments attaches Petitioners Sentence When threshold OF statue theft OF Property and decree was inproperly excepted inconsistant with the Sentencing Commission's Legislative Package 2006 SEE: Page 14 at 5, state: that Pre-2003 statutory Language was used in making the amendment. this Change Effectively eliminated the Crime OF theft OF Property In the 2nd degree Under Current Law, There is No Theft OF Property statute, that makes it a Crime To steal Property ranging in Value From $1000 to $2500

                    SEE ATTACHMENT Ground Two.

C. Ground three: Sentencing Judge Steen substituting Judge Zocobee Lacked Jurisdiction to except guilty Plea

Supporting FACTS (tell your story briefly without citing cases or law): Unconstitutional Sentencing in itself Violates the 8th Amendment Protected right Against Cruel and Unusal Punishment Relief is sought under 2254 And or §1983, due to Conditions OF Confinement Respondent Have No immunity Knowledge OF Petitioner Dire strait should have been examine However The Judicial structure Allows Illegal detainments To go undetected Simply Put all Defendants Action are Clearly Under Color OF state Law and Cause Injury to Petitioner, due to Ala. Dept OF Corr Contracted Medical Care Sub standard

                    SEE Attachment Ground Three.

Cont. Ground one

Jurisdictional Issue's OF this magnitude must Warrant Constitutional mandates under our Protected Constitutional 14th Amendment Liberty Clause. the state OF Alabama district Court OF Mobile, Ala Cites; Rule 32.6 Commencement OF Proceeding, that I Failed to Include a Clear specific statement OF the grounds upon which relieF Could be granted, That Full disclosure OF the Factual basis For Petitioners Claim as required by Rule 32.(6) Courts have Continuously held "A deFendent, Prior To Pleading guilty, must be advised on the record, The maxium and minimum Potential Punishment For his Crime" is Clearly Not authorized by Statue, such issue's is Not Procedurally barred From Collateral review these ranges were Not Prescribed, in order to divert attention Away From Charges 2nd degree in an theft OF $10.00.

Clearly Petitioner is Charged under the wrong Statue and seek to withdraw guilty Plea. Where the amount OF Property taken In the theFt did Not amount to the Felony 2nd degree TheFt OF Property and The sentencing Judge did Not discuss The theFt OF Property, that Petitioner Would Apreciate the Value thereoF.

Ground Two.

The Value range For 2nd degree Theft OF Property For 1993 was Not given, Explained to Petitioner in 1993, Nor 2006. When Troy King, John Tyson, Chief Justice Drayton Nabors OF Alabama Sentencing Commission making it impossible For Petitioner To Know the Nature and Cause OF a Charge. The Sentencing Commission Creates Program The Felony diversion Program, established Federally Funded Community Corrections, Is an Fleece OF the Citizens OF Alabama, The inmate OF Alabama Prison System whom Are transfered in Far reaching Places For example, L.A. and Mississippi in Violation OF the United States Supreme Court ruling; That transfer across State Lines are Unconsti- tutional. the 59 million dollars spent annually Are matched For Federal Funds to Fund Programs, the inmate are Not allowed to Partisipate in. tranfer For Family ties are Denied, due to such Perverted schemes, With Full Knowledge OF these Practices, The Aboved mentioned Continues to Practice This demosoderie's For Political gain. Petition SEEK order to set Forth Collary, Ireland Forms, and Order tranfer Corrected In state and out OF state Respectively.

Ground Three

While Held within these Illegal detain-
Ments, Petitioner has recieved an sub standard
Medical treatment where as on 8-3-05 Petitioner
Was injured by gillitine styled windows and
Transfered to station Health Care Further
Too Baptist South medical Hospital an
Affiliate Of Ala. Dept OF Corr where Under
The sub standard Care OF DR. Gutierrez
Petitioner was told that since several
Incidents From Ala. Dept. OF Corr. Faulty
Windows had entered the emergency room
He "DR. Gutierrez" didnt have time to
Adaquately have sugery And Proceeded to
Take an Pair OF Plyers and Amputated Petit-
Ioners Left index Finger stating he "DR
Gutierrez" had Medivak, emergency Air
Arrivals Landing at Baptist south Medical
Hospital Petitioner has irreparible damage
And Has been Charged For each medical
Visit Concerning the sub standard Care
A Painful Injury that has Not been
Treated since amputation without Petitioners
Consent I an Unconstitutional Practice
As An Contracted Affiliate OF Alabama
Dept. OF Corr Baptist Medical Non
Consent Amputation is, Butchery and
Violate's the Cruel and Unusual 8th Amendment

D. Ground four: Incorporation OF defendents UNDER §1983 Complaint in thier Official Capasity

Supporting FACTS (tell your story briefly without citing cases or law):

Attorney General TROY King
District Attorney John Tyson
Chief Justice / DRAYTON NABORS
Central Record Division Paul Walley
Baptist South Medical Hospital DR. GUTIERREZ

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal state briefly what grounds were not so presented, and give your reasons for not presenting them: Pro Se Complaints Should be Given the Full Canopy OF AFixed Law Any Complaint denied During the History OF my Illegal detainment Was done Arbitrarily Petitioner Struggles Continues Legal Assistance Is Allways Requested However Never Ruled Upon

14. Do you have any petition or appeal now pending in any court, wither state or federal, as to the judgment under attack?    Yes ( )  No ( )

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing _____

(b) At arraignment and plea _____

(c) At trial _____

(d) At sentencing _____

(e) On appeal _____

(f) In any post-conviction proceeding _____ *N A* _____

(g) On appeal from any adverse ruling in a post-conviction proceeding: _____
_____ *N A* _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ( )   No (✓)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ( )   No (✓)

(a) If so, give name and location of court which imposed sentence to be served in the future: _____ *N A* _____

(b) And give date and length of sentence to be served in the future: _____
_____ *N A* _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ( )   No (✓)

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____ *Pro. SE Petition* _____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.   Executed on _*6-11-07*_____.
(date)

_____ *Larry C. Dixon* _____
Signature of Petitioner




MAILED FROM ZIP CODE 35034
0002367336 JUN 11 2007
02 1P
$00.390
UNITED STATES

Mr. Lively C.
AIS# 138238
Bibb County Corr. Facility
565 Bibb Lane
Brent, Alz 35034
5425B

United States District Court
(Office of the Clerk)
P.O. Box 711
Montgomery, Alabama 36101