IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF ALABAMA

**AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS**

_Larry Carl Dixon_
Plaintiff(s)

2:07cv518-MHT

vs.

_Warden Cheryl Price et.al,_
Defendant(s)

I, _Larry C. Dixon_, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below is true.

1. Are you presently employed?   YES ( )   NO (✔)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.

   _N/A_

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.

   _N/A_

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment? YES ( )   NO (✔)
   B. Rent payments, interest or dividends?   YES ( )   NO (✔)
   C. Pensions, annuities or life insurance payments?   YES ( )   NO (✔)
   D. Gifts or inheritances?   YES ( )   NO (✔)
   E. Any other sources?   YES ( )   NO (✔)

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

N/A

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____    No __✓__

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____    No __✓__

   If the answer is "yes", describe the property and state its approximate value.

   N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on  3-1-07
                  (Date)

_Larry C Dixon_ # 138238
Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __'31__ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said _Bibb Correctional Fac._ institution:

_3/2/07_
DATE

_Rita Breland_
AUTHORIZED OFFICER OF INSTITUTION

Rule 32

3

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
BIBB COUNTY CF

AIS #: 138238   NAME: DIXON, LARRY CARL                AS OF: 03/02/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| MAR | 29 | $0.00 | $0.00 |
| APR | 30 | $0.00 | $0.00 |
| MAY | 31 | $0.00 | $0.00 |
| JUN | 30 | $0.00 | $0.00 |
| JUL | 31 | $0.00 | $0.00 |
| AUG | 31 | $0.00 | $0.00 |
| SEP | 30 | $0.05 | $0.31 |
| OCT | 31 | $0.31 | $0.00 |
| NOV | 30 | $0.31 | $0.00 |
| DEC | 31 | $0.31 | $0.00 |
| JAN | 31 | $0.31 | $0.00 |
| FEB | 28 | $0.31 | $0.00 |
| MAR | 2 | $0.31 | $0.00 |

_Larry Carl Dixon 138238_
Signature of Petitioner

_Bibb County Corr. Facility_
Current mailing address

565 bibb Lane
Brent, AL 35034