#1.

In The District Court Of the United States
For the Middle District Of Alabama
Northern Division

Larry Carl Dixon, #138238,
    Petitioner

V.                          Case No. 2:07-CV-518-MHT

Cheryl Price, et al,
    Respondents

Come Now Petition Pro se styled Litigation Aver's that, Illegal detainments exist, First Due to improper sentencing.
    Further that, due Process violation Impings upon establish Constitutional right Of appeal, with respect to respondents Progress Review reccomendation For Work release, And tranfer Considerations, thereto. Secondly
    Further, that Prostulation OF Respondents S.A.P.P., Crime bill S.A.P.P. Faithbased, and transitional Programs Said Federally Funded are disporpotionately, A Fleece OF Citizens OF the state OF Alabama, Unconstitutionally afronted, Void
    OF Procedural due Process Dictates. the above stated Practices OF Respondents Creates an Eighth amendment Cruel and unusual Condition OF Confinement, with substandard medical Practices, and Unconstitution out OF state

In The District Court of the United States
For the Middle District Of Alabama
Nothern Division

#2

Transfer Of Prison inmates. a pleasing The state Of alabama Judicial Branch, Thereby manipulation exist For Respondent Political interest.

Thereby, warehousing Petitioner, and Inmates Unconstitutionally transfered Across state Lines. For example, Mississippi, And LA. It Follows;

1. That Petitioner was unintelligent Concerning the range Of Punishment Prescribed by the act, and the Consequences Of Conviction in 1993, Petitioner entered a Plea For the Charge Theft Of Property 2nd degree #93-2352

Petitioner sought relief under Rule 32 Petition, on Febuary 5, 2007 the Circuit Court Of Mobile County Alabama Circuit Judge James C. wood dismiss the Petition Without an evidentiay hearing or response From the state.

Petitioner First styled an Letter Too Alabama sentencing Commission Chief Justice, Drayton Nabors stating in part; The mobile County Court Lacked Jurisdiction To except Guilty Plea to 2nd degree theft Of Property where $10.00 was at issue 1993. Postage Prepaid 300 Dexter Ave Suite 2-230 Mont, AL 36104.

IN THE DISTRICT COURT OF THE UNITED STATES
For the Middle District of Alabama
NORTHERN DIVISION

#3.

Further Petitioner styled an Letter to Alabama states Attorney General Troy King, stating in pert; I am indigent and not vexed in Law, need Assistance in finding out exactly what I was charged with stealing in Mobile, Alabama in 1993.

Further Petitioner styled an Letter to District attorney John Tyson of Mobile Alabama Stating In pert; I need some Assistance because an Misscarriage of Justice, and or Unconstitutional Sentencing exist. again, $10.00 said at Issue, Fails the threshold value for 2nd degree Theft of Property 1993.

Petitioner Has recieved No reply of Respondents, Clearly Respondent qualified Immunity Is set Forth Petition prays the Court examine Pleadings to withdraw Unintelligent Guilt Plea.

Boykin V. Alabama, 395 US 238, 89 Sct. 1709, 23 LED 2d 274 (1969)

The Procedural requirements of Boykins Have been incorporated Into the Alabama rules of Criminal Procedure at Rule 14.4

Petitioner denials at Mobile district Court states Petition Failed to include with Petition a Clear and specific Statement of the Ground upon which relief Could be granted.

Petitioner Contends "Incorporation" Ala. Rule of Criminal Procedure Rule 14.4 Forbids Respondents Practice of sentencing without Collary, Ireland Forms, Petitioner To this day 15 years Later Would Like to know Exactly what was stolen, doe's these stolen properties Constitute 2nd degree Theft of properties. where No Collary Exist, Petitioner Couldn't Be advised on the record of the maximum + minimum Potential Punishment.

IN THE DISTRICT COURT OF THE UNITED STATES
For The Middle District Of Alabama
NORTHERN DIVISION

#4.

While Incarsirated Petitioner Recieves Progress - Review Copy Attached For Court Review)
Recommended Institution Mobile Work Release Denied Petition styled Request Classification Appeal Form (Letter Attached For Court Review) dated June 5, 2007.
Respondent Warden Cheryl Price, Classification Violates Petitioner Right OF Appeal, said Protect Under the Constitution OF Alabama, Further The Constitution to the United STATES. Note; Respondents Infringment upon Protected Right OF Appeal states
   (A Transfer is not an appeallable matter) Copies Attached For Court Review Petitioner Set Forth Procedure/Due Process said At Classification Manuel Chapter 1. at 1.
#1 Purpose To Provide Consistent, Efficient, dependable, And Constitutionally Acceptable decision Concerning Offenders During Thier Incarceration ect. ect. ect.
Petitioner begs to differ, the Face OF Petitioner Appeal To Classification Clearly Stated that the decision being Appealed : Note; Progress Review Recommendation Transfer To Mobile Work Release Community Custody Also Prior Recommendation At Kilby Corr. Facility at Reclass Fountain Corr. Facility Ie. Family ties.
It Follows that the Classification Manuel with all Its Constitutional Norm was not Followed Properly.

K-04025B

```
ALABAMA DEPARTMENT OF CORRECTIONS - PROGRESS REVIEW FORM -   APRIL   3, 2007
======================================(COU122)=================================
AIS #: 00138238A     SSN: 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  RACE/SEX: B/M   DATE OF BIRTH: 12/13/1964
NAME: DIXON, LARRY CARL               CUSTODY:    MED9  SECURITY LEVEL: 4
INST: BIBB COUNTY CORRECTIONAL FAC    TIME SRVD:  13Y09M08 LAST DISC: 08 16 2006
CRME: THEFT OF PROPERTY II            MIN.REL DT: 06/24/2013 ACTIVE DET: 0
                                                   2010
DISC: DELAY, HINDER, OR INTERFERE WI  PRL CONS:   05/01/2007 EDUCAT LEV: 12
```

WL/PGM: Unassigned                         PRIM OCCUP: COOK

RECOMMENDED INSTITUTION: Mobile WR        RECOMMENDED CUSTODY: Comm

JUSTIFICATION: SAR. Dixon attempted to purchase items in Mobile AL with a stolen credit card 6/25/1993. (S) was also charged with TOPII. (S) was reclassed from Elmore 9/06 for hindering an correctional officer where (S) threw a disciplinary at an Officer while the Officer was conducting mail call. (S) also recd a disc for insubordination for calling the officer a sucka. (S) has a attempt to Escape w/o force 9/97 from Elmore. Recommend Mobile WR/Comm custody due to PRD within timeframe. (S) has 6 month clear record.

I CERTIFY ENEMY LIST WAS REVIEWED AND UPDATED: 2-unassigned   APP. S/L:

_____ 4/13/07     _____ 4/12/07
CLASSIFICATION SPECIALIST  DATE     WARDEN OR DESIGNEE        DATE

                         4-12-07    _____
PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC.  DATE   CLASSIFICATION COORDINATOR DATE
                                    Because of escape attempt need
                                    gradual reduction/supervision.

                    CENTRAL REVIEW BOARD ACTION

___ APPROVED  X DENIED; DIVERTED TO: _____  REASONS: Parole set up three years
on 5-21. Thirty-seven discips. That he has been disc free since
his five discips last [illegible] was perhaps to impress the PB that
he could maintain a [illegible] month clear record. Needs
to be in proximity to single cell.         CRB MEMBER          DATE

___ APPROVED  X DENIED; DIVERTED TO: _____  REASONS: Too soon w/ his inst record
Criminal record. Failed Elmore 2-3 times,  '97-Att. to escape Elm.
mc failure 4/95, WR failure 4/91, Parole failure 1993. Presently assigned.  N. Edwards 5/25/07
                                    CRB MEMBER          DATE   Grad. SAP 9/97 (3) rule
                                                               #90's since then
                                                               Put in CB SAP
___ APPROVED ___ DENIED; DIVERTED TO: _____ REASONS:

                                    CRB MEMBER          DATE

                                    RECEIVED
                                    MAY 31 2007
                                    BIBB COUNTY CORRECTIONAL FAC
FINAL DECISION: INST Bibb CUSTODY MED DATE  CLASSIFICATION DEPARTMENT

DATE INMATE INFORMED: Larry CD   INMATE'S SIGNATURE: Larry CD

LA-Reclass 9/06   4-12-07    MH-O
Rel-
DNA- 1/30/97 Elmore

* Do not Agree - extensive disc Hx, sub.
  Abuse problem.

4/16/07

## CLASSIFICATION APPEAL FORM

NAME: Larry Carl Dixon   AIS#: 138238   INSTITUTION: B.C.C

DATE: 6-11-07

I. CLEARLY STATE THE DECISION THAT IS BEING APPEALED: Progress Review Recommendation Transfer to Mobile W/R Comm. Custody Prior recommendation at Kilby reclass, Fountain Corr. Facility

II. BRIEFLY AND CLEARLY STATE YOUR REASONS FOR APPEALING: See Attachments Constant Request for transfer close to home since intake 1993 some 14 years are met -
Larry Carl Dixon
INMATE SIGNATURE

---

III. COMMENTS OF WARDEN/CLASSIFICATION PERSONNEL: A Transfer is not an appeallable matter.

WARDEN SIGNATURE/DATE 6/14/07         CLASSIFICATION SIGNATURE/DATE 6/13/07

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·
DO NOT WRITE BELOW THIS LINE
· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

APPEAL GRANTED: _____   DENIED: _____

DATE: _____

COMMENTS: _____

cc: INMATE
    INMATE CENTRAL FILE
    INMATE INSTITUTIONAL FILE


RECEIVED
JUN 12 2007
BIBB COUNTY CORRECTIONAL FACILITY
CLASSIFICATION DEPARTMENT

With Central Review board Actions, to adopt Alabama Board Of Pardons + Parole 5-21-07 dicission. said to set Review until 85% For L.C. Dixons sentence, Simultaneously Transfer to or Closer to Mobile Ala. For Family ties. Central Review board denies transfer stating; Perhaps To impress the Parole board that L.C. Dixon Could Maintain a 6 month Clear record.

Invades the Providence OF another enitie, Is inconsistent with Administrative 403. that Violates Procedural due Process a Fact; the United States Court. Supreme, has ruled the transfer Of inmates across state Line's are Unconstitutional. For example; Mississippi and L.A. Clearly these inmates don't Manipulate, impress Ala. Pardons + Parole bd., Most Of these Transfered inmates, Have disciplinary Histories. it Follows Central Review board Actions and or reason; impings upon 14th Amendment Procedural due Process Protected Right, Actions To elude, a Fleece. Citing Preverted schemes Of transitIonal Programs, I L.C. Dixon Completed At Elmore Corr.

Any Actions Ala. Pardon + Parole take is Brand new, News I'd Never Known, thank to C.R.B. 85% Of my Sentence is Legislative intent. and 100% Is my goal, one that Can be reached in These respected Southern Counties, Pick one.

L.C. Dixon 138238

Dear Mr. Riley                                  June 5, 2007

This note may express my Appreciation, and Thank you for in clear Precise Progress review 4-13-07. my Request slip Attached hereto seeking (classification Appeal form) That i may Forward to Central Classification as of Now, Lacking Procedural Due Process, Concerning Ala. Pardons & Parole. I gleam from Central Review Board Action dated 5/24/07 Reasons: Parole set of three years on 5-21 and Manipulitive behavior to remain disc.- plinary free was Perhaps to impress The parole Board; Clearly invades The Providence of another enity however, Equate's my Answer that my Parole Date moves to 2010. my Liberty Come in the good year 2013, and All I ever requested since intake 1993 was to be transfered Close to Home For Family ties. thank you in Advance I need Classification Appeal Forms, And Please instruct as to Exactly where I am to mail these Classification Appeal Form Too. waiting For your reply Respectfully LC Dixon

IN THE DISTRICT COURT OF THE UNITED STATES
For THE Middle District OF Alabama
NORTHERN DIVISION

#5.

Classification Manual Page #7 at 11.

11. Appeals; the Inmate may appeal the decisions Concerning security Level II Placement or "Work Release" or denial OF I.G.T. by the Central Review Board To the director OF Classification (or designee) Within 72 working Hours After Notification OF The decision. Clearly Petitioner was recommended work release. Petitioner Avers, Respondents Arbitriary Infringment, Practice OF trampleing A transfer, is not Appealable! Can be Appealed Upon Order's and Review OF the District Court OF the United States, Provided Respondents Manipulated Inmate transfer For Respondents Own Political Interest. For example; Petitioner, Right OF Appeal was Impinged Upon where Central Review Board set forth Conditions 85% OF sentence before Consideration to transfer Closer to Mobile, Alabama. For Familiy tie's Is inconsistent with administrative 403. that violates Procedural due Process & Fact. The United States Supreme Court, Has ruled that The transfer OF Inmates Across state line's are Unconstitutional. For example; Alabama transfers Across Mississippi and L.A. State Lines, For Courts

IN THE DISTRICT COURT OF THE UNITED STATES
For THE Middle District OF Alabama
Northern Division

#6. Review. Alabama Practice OF Dictating selective Precentages OF Proper Procedural Due Process, Require Mandates. Respondent Create Programs Based on recommendations, thereto Ineffect, Clearly A Perverted scheme, A pleasement Judicially, And an Fleece OF the Federally Funded donations, Matched With taxes OF Citizen OF the state OF Alabama. most Being Friends And Family OF Inmate OF Alabama dept. OF Corrections, set forth, For the Courts review that Respondents boast, Alabama Dept. OF Corr. Commissary Affiliate American Commissary Create 59 million dollars Annually, Counted as an donation to the Alabama dept. OF Corr. It Follows, For the Courts Review an Order OF expenditure must exist. Alabama Inmate Package Program Order Form - December 2006 (ATTACHMENT For Courts Review Clearly states; Handout For Inmate Family and Friend minimum Order $25.00 Maximum Order $100.00 Note; ACS-US will charge $3.95 Processing Fee Clearly Inmates Thier Family and Friends are taxpaying Citizens OF the state OF alabama, Concerns in this Forgoing Petition seek an disclosure OF Alabama Department OF Corrections expenditure OF said 59 million Anuall Commisary.

10-09-06

HANDOUT FOR INMATE FAMILY AND FRIENDS
DECEMBER 2006 - INMATE PACKAGE GUIDELINES

The Department of Corrections (DOC) will allow the American Commissary Supply-US, Inc. (ACS-US) company to receive orders for special food packages which will be delivered to inmates during the upcoming winter season. Families and friends of inmates may participate in this program by placing their orders with ACS-US subject to the following conditions:

1. ACS-US address is on each order form.

2. It will be the inmate's responsibility to send you an order form. The order form will consist of a list of items that have been approved for the inmate to receive.

3. It is your responsibility to complete the order form and mail it to ACS-US with proper payment.

4. Orders will be accepted by ACS-US from October 9th through December 20th. However, only those orders received by November 30th will be guaranteed to be delivered to the institution by December 15, 2006. All orders received between December 1 and December 20 are guaranteed to be delivered by January 15, 2007. Orders received after December 20th will not be accepted.

5. It is extremely important that you place the inmate's name, and correct DOC prison number on the order form.

6. ACS-US will charge a $3.95 processing fee for each order received.

7. There is a minimum order of twenty five dollars ($25.00) plus processing fee.

8. The total amount of food products that an inmate may receive is $100.00 plus processing fee. This total refers to the maximum allowed per inmate, not $100.00 per order.

9. If there are any problems with the ordering or delivery of items, then the person placing the order should contact ACS-US directly. The DOC is not involved in this process. All shortages and damages must be reported on an ACS-US Shortage/Damage form

10. Packages will not be received from any source other than ACS-US. If you have any questions about this program, please contact ACS-US at 1-866-205-5531.

# ALABAMA INMATE PACKAGE PROGRAM ORDER FORM – DECEMBER 2006

CUSTOMER SERVICE & PHONE ORDER: 1.866.205.5531 | FAX ORDER: 1.866.939.4859 | ORDER ONLINE: www.acs-ipp.com

**IMPORTANT INFORMATION**
- READ INSTRUCTIONS ON BACK
- ORDERING DEADLINE IS DECEMBER 20, 2006
- MAKE MONEY ORDER PAYABLE TO:
  AMERICAN COMMISSARY SUPPLY–US, INC.
- DO NOT SEND PERSONAL CHECK OR CASH

**MAIL ORDER FORM AND PAYMENT TO**
AMERICAN COMMISSARY SUPPLY-US, INC.
INMATE PACKAGE PROGRAM
PO BOX 3076 – AL
RUSSELLVILLE, AR 72811-3076

**OFFICE USE ONLY**
Ord #
Intls
PA
Office Use Only

**INMATE INFORMATION (please print)**
INMATE NUMBER: #
INMATE NAME: FIRST    MIDDLE    LAST

**SENDER INFORMATION (person sending package)**
NAME:
ADDRESS:
CITY    STATE    ZIP:
PHONE NUMBER:

**PAYMENT INFORMATION**
PAYMENT METHOD: (circle one)
MNY ORDR   PMOD   VISA   MSTRCRD
MONEY ORDER NUMBER

**CREDIT CARD INFORMATION**
CARD NUMBER: ( xxxx – xxxx – xxxx – xxxx )
EXPIRATION DATE: (mm / yy)
CARD ID # (last three digits in signature strip)
NAME ON CARD:
BILLING ADDRESS:
CITY    STATE    ZIP:
PHONE NUMBER:   CARDHOLDER SIGNATURE:

**PRODUCT SUBSTITUTION**
ALLOW FOR PRODUCT SUBSTITUTION? (circle one)
Yes    No

| | DESCRIPTION | ITEM # | PRICE | QUANTITY | ITEM TOTAL |
|---|---|---|---|---|---|
| K | Malt-O-Meal Cereal Berry Colossal Crunch 22.5oz- Clear bag | 1 | $ 4.50 | | |
| K | Malt-O-Meal Cereal Coco Roos 20.7oz - Clear bag | 2 | $ 4.25 | | |
| K | Malt-O-Meal Cereal Raisin Bran 22.5oz - Clear bag | 3 | $ 3.95 | | |
| K | Malt-O-Meal Cereal Honey Nut Scooters 21oz - Clear bag | 4 | $ 4.50 | | |
| K | Nabisco Nutter Butter Cookies 16oz - Clear panel tray | 5 | $ 4.95 | | |
| K | Nabisco Fig Newton Cookies 16oz - Clear panel tray | 6 | $ 4.95 | | |
| K | Buds Best Coconut Bar Cookies 4oz - Clear bag | 7 | $ 0.50 | | |
| K | Buds Best Chocolate Chip Cookies 7.5oz - bag | 8 | $ 1.00 | | |
| K | Buds Best Vanilla Crème Cookies 8oz - bag | 9 | $ 1.00 | | |
| K | Betty Crocker Warm Delights Hot Fudge Brownies 3.1oz - Bowl | 10 | $ 2.95 | | |
| K | Betty Crocker Warm Delights Cinnamon Swirl Cake 3.3oz - Bowl | 11 | $ 2.95 | | |
| | Cashews 8oz - Bag | 12 | $ 3.75 | | |
| | Salted Mixed Nuts 10oz - Bag | 13 | $ 3.25 | | |
| K | Austin Crackers -Variety Pack 3ct 4.14oz | 14 | $ 0.75 | | |
| K | Mario Green Olives with Pimentos - 3.5oz Pouch | 15 | $ 1.65 | | |
| K | Van Holtens Kosher Pickle 5oz - Pouch | 16 | $ 0.90 | | |
| | Jalapeno Bean Dip 3oz - Plastic | 17 | $ 1.00 | | |
| H | Squeeze Cream Cheese 10/.75oz packages | 18 | $ 3.75 | | |
| | Sharp Cheddar Cheese Spread 8oz - Plastic | 19 | $ 1.40 | | |
| | Hamburger Helper Microwave Singles Cheeseburger Macaroni 4 Ind. Servings 7.4oz | 20 | $ 4.75 | | |
| | Rip-N-Ready Roast Beef with Gravy 12oz - Pouch | 21 | $ 2.95 | | |
| | Rip-N-Ready Meatballs in Tomato Sauce 12oz - Pouch | 22 | $ 2.25 | | |
| | Rip-N-Ready Corned Beef 12oz - Pouch | 23 | $ 2.25 | | |
| | Rip-N-Ready BBQ Beef 12oz - Tray | 24 | $ 3.95 | | |
| | Rip-N-Ready Beef Tips in Gravy 12oz - Tray | 25 | $ 3.50 | | |
| | Sweet Sue Chunk Turkey Breast 7oz - Pouch | 26 | $ 3.95 | | |
| | Ready Crisp Fully Cooked Bacon 9 slices 1.5oz | 27 | $ 2.95 | | |
| | Idahoan Baby Reds Instant Mashed Potatoes 4.1oz - Paper pouch | 28 | $ 1.65 | | |
| H | Whole Kernel Corn - 7.05oz Pouch | 29 | $ 1.70 | | |
| | Chicken of the Sea Grilled Herb Ahi Tuna Steak 5.25oz - Pouch | 30 | $ 3.75 | | |
| | Chicken of the Sea Mandarin Orange Salmon Steak 5.25oz - Pouch | 31 | $ 3.75 | | |
| K | Chicken of the Sea Tuna 7.1oz - Pouch | 32 | $ 2.00 | | |
| K | Chicken of the Sea Salmon 7.1oz - Pouch | 33 | $ 2.25 | | |
| H | Fish Steak in Louisiana Hot Sauce 3.53oz - Pouch | 34 | $ 1.20 | | |
| | Uncle Ben's Long Grain & Wild Rice 8.8oz - Pouch | 35 | $ 2.45 | | |
| K | Nestle Instant Hot Cocoa Mix 10oz - Pouch | 36 | $ 2.15 | | |
| | Cappuccino Variety Pack 3 Flavors Single Serve 15ct | 37 | $ 3.95 | | |
| | Black Gold 100% Columbian Coffee Instant 4oz - Clear bag | 38 | $ 3.75 | | |
| | Folgers Instant Coffee 8oz - Plastic | 39 | $ 6.95 | | |
| | Cool Off Powdered Iced Tea Drink Mix 10ct | 40 | $ 0.90 | | |
| | Cool Off Powdered Fruit Punch Drink Mix 10ct | 41 | $ 0.90 | | |
| K | Bit-O-Honey Candy 6oz - Bag | 42 | $ 2.20 | | |
| | Skittles Original Candy 2.17oz | 43 | $ 0.60 | | |
| | Starburst Original Candy 2.07oz | 44 | $ 0.60 | | |
| K | Nestle Raisinets Chocolate Covered Raisins 7oz - Bag | 45 | $ 2.35 | | |
| K | Nips Coffee Flavored Candy 5.5oz - Box | 46 | $ 1.90 | | |
| | Milk Chocolate Covered Peanuts 5oz - Bag | 47 | $ 1.30 | | |
| K | Sugar Free Reese's Peanut Butter Cups Candy 3oz - Bag | 48 | $ 2.95 | | |
| K | Sugar Free Nestle Signatures Turtles Pecan 3.25oz - Bag | 49 | $ 2.50 | | |

(SUBTOTAL CANNOT EXCEED $100.00)   SUBTOTAL $
ADD PROCESSING FEE $ 3.95
GRAND TOTAL $

K – Kosher    H – Halal

# ALABAMA INMATE PACKAGE PROGRAM ORDER FORM INSTRUCTIONS – DECEMBER 2006

**CUSTOMER SERVICE & PHONE ORDER: 1.866.205.5531 | FAX ORDER: 1.866.939.4859 | ORDER ONLINE: www.acs-ipp.com**

## IMPORTANT INFORMATION
- PLEASE PRINT ALL INFORMATION IN INK.
- All information must be supplied before order can be shipped.
- Inmate may only receive one shipment. Multiple orders will be combined into one shipment.
- Multiple orders will be grouped together but order total cannot exceed the dollar maximum.
- Processing fee of $3.95 charged on each order received by American Commissary Supply-US, Inc.
- Inmate location and housing information is provided by the Alabama Department of Corrections.
- Refund will not be issued unless the package is returned to American Commissary Supply-US, Inc.
- A Cancellation Fee of $3.95 will be charged for any order cancelled before shipment.
- A Restocking Fee of $15.00 (plus freight charge if paid by ACS-US) will be charged for any order shipped and returned.
- Orders may be adjusted if the dollar calculations are incorrect.
- Manufacturers occasionally change packaging style and size during the year. While these changes are beyond our control, ACS-US will make all efforts to minimize these occurrences.
- Orders from one inmate to another will not be accepted.

## ORDER PERIOD
- Order period **begins October 9, 2006.**
- Order period **ends December 20, 2006.** Orders must be received by December 20, 2006 to be processed.
- All orders received by November 30, 2006 will be delivered to the institution on or before December 15, 2006. All orders received between December 1, 2006 and December 20, 2006 will be delivered to the institution on or before January 15, 2007.

## PLACE AN ORDER
- Online   www.acs-ipp.com
- Phone   1.866.205.5531 Toll Free
- Fax       1.866.939.4859 Toll Free
- Mail       American Commissary Supply-US, Inc.
             Inmate Package Program
             PO Box 3076 – AL
             Russellville, AR  72811-3076

## PAYMENT INFORMATION
- Maximum Order Total is **$103.95**.
- Minimum Order Total is **$18.95**.
- Accepted forms of payment are Money Order, Prisoner Money on Deposit (PMOD), Visa or MasterCard.
- Make Money Orders payable to: American Commissary Supply-US, Inc.
- Do not send personal check or cash.

## DELIVERY OF PACKAGES
- All orders received by November 30, 2006 will be delivered to the institution on or before December 15, 2006. All orders received between December 1, 2006 and December 20, 2006 will be delivered to the institution on or before January 15, 2007.

## CONTACT CUSTOMER SERVICE
- Email   ipp@acs-us.com
- Phone   1.866.205.5531 Toll Free
- Fax       1.866.939.4859 Toll Free

## PARTICIPATING FACILITY LIST

**Correctional Facilities**

| | | |
|---|---|---|
| Bibb Correctional Facility | Frank Lee Correctional Facility | St. Clair Correctional Facility |
| Bullock Co. Correctional Facility | Hamilton A & I | State Cattle Ranch |
| Bullock Mental Health Facility | Holman Prison | Staton Correctional Facility |
| Donaldson Correctional Facility | JO Davis | Tutwiler Prison for Women |
| Draper Correctional Facility | Just Care (Columbia Care) | Ventress Correctional Facility |
| Easterling Correctional Facility | Kilby Correctional Facility | So. Louisiana Correctional Center – Louisiana |
| Elmore Correctional Facility | Limestone Correctional Facility | JB Evans Correctional Center – Louisiana |
| Fountain Correctional Facility | Red Eagle Honor Farm | West Carroll Detention Center – Louisiana |

**Work Release / Work Center**

| | | |
|---|---|---|
| Alex City Work Release & Community Work Center | Childersburg Work Release & Community Work Center | Hamilton Work Release & Community Work Center |
| Atmore Work Center | Childersburg Boot Camp | Loxley Work Release & Community Work Center |
| Birmingham Work Release & Community Work Center | Decatur Work Release & Community Work Center | Mobile Work Release & Community Work Center |
| Camden Work Release & Community Work Center | Elba Work Release & Community Work Center | Montgomery Pre-Release Center |

In the event of a legal dispute or action any and all legal proceedings will be governed by the laws of the State of Arkansas and all court actions must be filed in the State of Arkansas, Pope County.

American Commissary Supply-US, Inc. makes no claim or warrantees the use of any of the products offered for sale on this order form. The use of any product is to be used or consumed per the manufacturers printed instructions.

In The District Court Of The United States
For The Middle District Of Alabama
Northern Division

#7. Counted as an donation to the Ala. Dept. Of Corr., Respondents, Alabama Sentencing Commission creates Federally Funded Programs, For example (Substance Abuse Crime bill substance Abuse, Faith base, Community Corr. Transitional Programs ect.,) These Programs are all Reccommended by Respondent classification. Void Of Procedural Due Process dictates, And Transfers Alike. Thereto, Only Court order Substance Abuse are Honored For release. Major Percentages Of Inmate's Attend Programs over, and over, and over, again to no avail. Respondents, Ala. Sentencing Comm. 2006 Manual Pg. #28 states inpart, There are two types Of Felony Diversions Referred to as Front-end Diversions and Institutional Diversion Front-end are Felons directly sentenced To a Community Corrections Program that would otherwise Be sentence to incarceration in the Penitentiary the Dept. (Respondent Ala. Dept. of Corr) Approves inmates For Front-end Diversion if they are not excluded.
Petitioner contends, If they are not Broke. Finance, to Aplease the Judicial Branch. Create desired Political Interest. A Perverted, Racketeering, Scheme, Fleecing Alabama Citizens.

In the District Court of the United States
For the Middle District of Alabama
Northern Division

Case 2:07-cv-00518-MHT-TFM   Document 5   Filed 07/06/2007   Page 15 of 20

#8.

The Programs Used disporpotionately, indecriminately, Run by Inmates, Now become's A method of warehousing. These structure Programs Are gangland Paridise (Variations From Camp to Camp) Maintenance of Inmate ongoing record Are managed by Inmate's. details, Job Assignment, A Climate Of racketeering Among Inmates. Choose for staffer titled Dorm Leader, Capable Of writing Pullups, directed to Respondents Classification and Program Director to Effect Change Of dorm, Facility, Program, and Facility. Liberty Is the Completed Program. Proper Mandates Must Issue, Petitioner Seeks Order Of Court to Halt All of the Aforementioned Programs, Unconstitutional Transfers Across state Line, Namely Mississippi an LA. $5.9 million Annually Commisary Counted As donation to Respondents. Further A Full disclosure Of expenditure For Federally Funded Programs, and Order ~~Proper~~ Proper Procedural dictates with respect to Petitioner Progress review reccomendation, Transfer to Mobile W/R. And Review Of Baptist south Medical Center Affiliate of Alabama Dept. Of Corr. where 8-3-05 Petitioner Recieved substandard Care, Amounting to an Eighth Amendment Violation. is Cruel and unusual, when Injury Occurred From Faulty window design.

IN THE DISTRICT COURT OF THE UNITED STATES
For the Middle DISTRICT OF ALABAMA
NORTHERN DIVISION

#9

Petitioner was transported to Baptist South Hospital Montgomery, Alabama Emergency Room DR. Carlos M. Gutierrez Stated, This is the seventh Ala. Dept. OF Corr. Inmate Injuried By Faulty windows this week I do not have the time For repair OF Ligiments due to Air Medivek Arrival enroute.

Petitioner seeks Order OF Emergency Room Report, Records For 8-3-05. Further, Copies OF Emergency Room X-Ray will reveal that Petitioner Had No broken Bones In Left hand, that due to DR. Carlos M. Gutierrez Substandard Medical Care, an Amputation OF Petitioners Left index Unit, without Consent, Cause Irreparible Damage. Without regard For Consent Procedure, and the Procedural dictate Associated therewith. Petitioner Avers that the substandard Medical Care Amount to Subjections OF Cruel and Unusual Eighth Amendment Violation OF Petitioners Protected Constitutional Right. Would Pray Petitions Are Afforded Constitutional dictates File Pro-Se, In Light Petitioner, Not Vexed In Law, and Degrees OF Law, Petitioner A Prisoner in a Prison OF the State OF Alabama, Incarsirated Collectively some 35 years, See's the AFore mentioned take Place. Seeks relief From these depravations, without Professional Assistance, Petitioner seek these orders

IN THE DISTRICT COURT OF THE UNITED STATES
For the Middle District OF ALABAMA
Northern Division

#10

#1. Grant Petitioner Petition to withdraw Plea Given Unintelligently At Mobile District Court

#2 Grant Petitioner Petition to tranfer Closer To Home Mobile Work release As Recommended At Progress Review Further, Order Respondents Return Inmate Transfered Unconstitutionally Across state Line Namely Mississippi and LA.

#3 Grant Petitioner Petitions to Halt Programs And Respondents Practice OF Recommendations OF Program SAPP, CRIME Bill SAPP, Faith Base, Comm. Corr., Transition, the Funding There OF, 59 million Annual Comisary Counted as a donation. And Federal Fund matched there to Order expenditure.

#4 Grant Petitioner Petition to Order Baptist south Hospital Montgomery, Ala DR. Carlos M. Gutierrez Emergency Room Medical Record, X-Rays Alike, And Statement, that No Consent For Amputations Exist, as required For standard Care Under STATE And Federal Law.

IN THE DISTRICT COURT OF THE UNITED STATES
For the Middle District of Alabama
NORTHERN DIVISION

LARRY C DIXON
   Petitioner
V.                                    CASE NO. 2:07-CV-518-MHT
Cheryl Price
   Respondent et al.

## MOTION FOR APPOINTMENT OF COUNSEL

Come Now Petitioner motion For appointment OF Counsel where Records requested CRIMINAL/CIVIL IN Nature Petitioner move For Compitent assistance OF Counsel the Documents, Files, would require Committee Investigation an or Professional Lawyer It Follows;

#1 Particulair Funds at inmate Commisary Used to Create Federally Funded Programs

#2. Recorded transcript OF Inmates transfered Across state Line and Criteria for selection

#3. Alabama Sentencing Commission Judicial Partisipation Establishing Fed. Funded Programs

#4 Ireland Forms, Collary, Original Charge sheeTs MOBILE DISTRICT COURT / John Tyson

#5 BAPTIST SOUTH MEDICAL HOSPITAL Records, X-RAYS, CONSENT Procedure

IN THE DISTRICT COURT OF THE UNITED STATES
For the Middle DISTRICT OF Alabama
NORTHERN DIVISION

## Certificate OF SERVICE

I HEREBY Certify A true Copy OF the Foregoing has been served upon Respondents Postage Prepaid as Follow
Chief Justice Drayton Nabors Ala. Sentencing Commission 300 Dexter Ave Suite 2-230 Mont. AL 36104
Warden Cheryl Price Bibb County Corr. Facility 565 Bibb LN. Brent, AL 35034
Attorney General Troy King Ala. STATE House 11 south union st. Mont, AL 36130
District Attorney John Tyson 650 government Plaza 205 government P.O. Box 2841
Ala. Dept OF Corr. Legal Division 301 South Ripley st PO Box 301501 Mont, AL 36104
Baptist SOUTH MEDICAL HOSPITAL       Montgomery, Alabama


STATE OF ALABAMA   )
County OF ___Bibb___ )

Before me, a Notary Public in and For said County, in said State, Personally Appeared ___Larry C. Dixon___, whose Name is signed to the Foregoing Complaint, who being duly sworn, deposes on oath and says: that the information set Forth in the Foregoing affidavit is true and Correct to the Best OF his Knowledge and Belief.

___Larry C Dixon___
Signature OF Affiant

Sworn to and subscribed before me this ___3___ day OF ___July___, 2007

___Laura Hixie___
NOTARY Public
___Bibb___ County, Alabama
My Commission Expires ___9-1-2010___

MR. LARRY CARL DIXON
AIS #138238
Bibb County Corr. Facility
565 Bibb Lane
Brent, Ala 35034
E 4 2 5 8



United STATES DISTRICT COURT
(OFFice OF the Clerk)
P.O. BOX 711
Montgomery, ALa 36101-0711