IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY CARL DIXON, #138238, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-CV-518-MHT |
| | ) | |
| CHERYL PRICE, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER ON MOTION**

This case is before the court on a 28 U.S.C. § 2254 petition for habeas corpus relief in which the petitioner challenges a conviction and sentence for second degree theft of property imposed upon him by the Circuit Court of Mobile County, Alabama in 1993. In his objections, the plaintiff seeks to proceed on claims challenging (i) the medical treatment provided to him by an emergency room physician for an injury suffered in August of 2005, (ii) the denial of a transfer to the Mobile Work Release Facility, and (iii) the rehabilitation programs offered by the prison system, and (iv) various conditions of confinement. The court therefore construes the objection to contain a motion to amend. Upon consideration of the motion to amend, and as the claims on which the plaintiff seeks to proceed fail to provide a basis for habeas relief, it is

ORDERED that the motion to amend be and is hereby DENIED.

Done this 9th day of July, 2007.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE