IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY CARL DIXON, #138238 | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:07-CV-518-MHT |
| | ) | (WO) |
| CHERYL PRICE, *et al,* | ) | |
| | ) | |
| Respondents.. | ) | |

**ORDER**

In view of the fact that petitioner has filed an objection (Doc. #5), it is ORDERED the order entered today (Doc. #8) is vacated.

DONE, this the 9th day of July, 2007.

                              /s/  Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE